IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. WILLIAM P. GRESS, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 17 C 4996 |
| | ) | |
| v. | ) | |
| | ) | |
| HYPERION MEDICAL TECHNOLOGIES, INC. | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ENTERING DEFAULT JUDGMENT**

This matter coming to be heard on prove-up hearing on damages and attorney's fees and costs in support of Plaintiff's Motion for Entry of Default Judgment, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED:

Default judgment is entered against Defendant Hyperion Medical Technologies, Inc., and in Plaintiff Dr. William P. Gress' favor, in the amount of $1,500.00 for Plaintiff in statutory damages, plus $6,322.50 in attorney's fees and $590.00 in costs of suit.

Defendant Hyperion Medical Technologies, Inc., is enjoined from further transmitting unsolicited facsimile advertisements into the state of Illinois to Plaintiff Dr. William P. Gress.

Plaintiff's individual claims against John Does 1-10 are dismissed with prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41.

Dated: **12/21/2017**

_Thomas M. Durkin_
Judge Thomas M. Durkin